IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**FRANK JEFFREY BLACK**                                                      **PETITIONER**
**REG. #07980-078**

**VS.**                  **CASE NO. 2:06CV00048 JLH/HDY**

**LINDA SANDERS, WARDEN,**
**FCI FORREST CITY, ARKANSAS**                                      **RESPONDENT**

<u>**ORDER**</u>

The Court has received proposed Findings and Recommendations from Magistrate Judge H. David Young. After careful review of those Findings and Recommendations, the timely objections received thereto, and a *de novo* review of the record, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS SO ORDERED this 26th day of May, 2006.

_____
UNITED STATES DISTRICT JUDGE