IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

| | |
|---|---|
| **FRANK JEFFREY BLACK**<br>**REG. #07980-078** | **PETITIONER** |
| VS.   CASE NO. 2:06CV00048 JLH/HDY | |
| **LINDA SANDERS, WARDEN,**<br>**FCI FORREST CITY, ARKANSAS** | **RESPONDENT** |

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus. The relief sought is denied.

IT IS SO ORDERED this 26th day of May, 2006.

_____
UNITED STATES DISTRICT JUDGE